UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:  CRUZ-A-LONG ENTERPRISES, LLC    )    Case No. 15-
                                        )
                                        )
                                        )
                            Debtor(s).  )    Chapter 11

Employee Income Records.

CRUZ-A-LONG ENTERPRISES, LLC

By: /s/ O. Clifton Gooding
    O. CLIFTON GOODING (OBA #10315)

OF THE FIRM:

THE GOODING LAW FIRM
A Professional Corporation
650 City Place Building
204 North Robinson Avenue
Oklahoma City, Oklahoma 73102
405.948.1978 – Telephone
405.948.0864 – Telecopier

Attorney for CRUZ-A-LONG ENTERPRISES, LLC

# Cruz A Long Enterprises, LLC
## Statements of Assets, Liabilities & Equity
## Income Tax Basis
## As of December 31, 2014

### ASSETS

|  | 2014 |
|---|---:|
| **CURRENT ASSETS** | |
| Cash on Hand | $ 600.00 |
| Cash in Bank-FNB Operating | 452.53 |
| Cash in Bank-Legacy | 22,388.73 |
| Accounts Receivable | 4,843.27 |
| Inventory | 73,291.37 |
| **Total Current Assets** | 101,575.90 |
| **PROPERTY AND EQUIPMENT** | |
| Furniture & Fixtures | 33,008.25 |
| Equipment | 129,617.48 |
| Buildings | 1,111,191.19 |
| Total Depreciable Property | 1,273,816.92 |
| Less: Accumulated Depreciation | (435,591.05) |
| Net Depreciable Property | 838,225.87 |
| Land | 17,755.00 |
| **Net Property and Equipment** | 855,980.87 |
| **TOTAL ASSETS** | $ 957,556.77 |

# Cruz A Long Enterprises, LLC
## Statements of Assets, Liabilities & Equity
## Income Tax Basis
## As of December 31, 2014

### LIABILITIES AND MEMBER'S EQUITY

|  | 2014 |
|---|---:|
| **CURRENT LIABILITIES** | |
| Accounts Payable | $ 65,348.46 |
| N/P - E & M OIL | 248,857.36 |
| Fica-SS Payable | 8,066.23 |
| Fed. W/H Payable | 5,180.00 |
| State W/H Payable | 1,004.85 |
| Unemployment Tax Payable | 855.05 |
| Fica-Med Payable | 2,201.60 |
| Current Portion of L-T Debt | 32,274.00 |
| **Total Current Liabilities** | 363,787.55 |
| **LONG-TERM LIABILITIES** | |
| N/P - FNB | 990,262.45 |
| N/P - EDA | 25,093.08 |
| Less: Current Portion Above | (32,274.00) |
| **Total Long-Term Liabilities** | 983,081.53 |
| **Total Liabilities** | 1,346,869.08 |
| **MEMBER'S EQUITY** | |
| Member's Equity | (439,334.47) |
| Withdrawals | 68,290.59 |
| Current Earnings | (18,268.43) |
| **Total Member's Equity** | (389,312.31) |
| **TOTAL LIABILITIES AND MEMBER'S EQUITY** | $ 957,556.77 |

# Cruz A Long Enterprises, LLC
## Statements of Revenues and Expenses
## Income Tax Basis
## For the 1 Month and 12 Months Ended December 31, 2014

|  | 1 Month Ended December 31, 2014 | % | 12 Months Ended December 31, 2014 | % |
|---|---:|---:|---:|---:|
| **Revenues** | | | | |
| Sales - Fuel | $ 71,332.80 | 42.10 | $ 1,106,096.99 | 56.10 |
| Sales - Merchandise | 97,495.56 | 57.54 | 817,420.37 | 41.46 |
| Sales - Car Wash | 600.00 | 0.35 | 28,785.79 | 1.46 |
| Rebates | 0.00 | 0.00 | 19,476.58 | 0.99 |
| **Total Revenues** | 169,428.36 | 100.00 | 1,971,779.73 | 100.00 |
| **Cost of Goods Sold** | | | | |
| Fuel Purchases | 61,288.44 | 36.17 | 933,971.63 | 47.37 |
| Merchandise Purchases | 79,059.15 | 46.66 | 729,269.73 | 36.99 |
| **Total Cost of Goods Sold** | 140,347.59 | 82.84 | 1,663,241.36 | 84.35 |
| **Gross Profit** | 29,080.77 | 17.16 | 308,538.37 | 15.65 |
| **Operating Expenses** | | | | |
| Salaries | 4,874.71 | 2.88 | 70,536.12 | 3.58 |
| Supplies | 282.87 | 0.17 | 3,249.23 | 0.16 |
| Repairs & Maintenance | 204.00 | 0.12 | 7,435.67 | 0.38 |
| Repairs & Maintenance - SS | 0.00 | 0.00 | 1,358.00 | 0.07 |
| Equipment Rental | 0.00 | 0.00 | 2,181.56 | 0.11 |
| Utilities | 68.81 | 0.04 | 23,524.88 | 1.19 |
| Utilities - SS | 0.00 | 0.00 | 6,004.38 | 0.30 |
| Telephone | 435.78 | 0.26 | 7,989.30 | 0.41 |
| Advertising | 0.00 | 0.00 | 990.17 | 0.05 |
| Gas & Oil | 0.00 | 0.00 | 1,127.81 | 0.06 |
| Auto & Truck Expense | 0.00 | 0.00 | 1,170.09 | 0.06 |
| Insurance | 0.00 | 0.00 | 9,444.82 | 0.48 |
| Employee Insurance | 0.00 | 0.00 | 1,366.82 | 0.07 |
| Payroll Taxes | 218.39 | 0.13 | 9,025.75 | 0.46 |
| Other Taxes & Licenses | 0.00 | 0.00 | 3,475.54 | 0.18 |
| Sales Tax | 0.00 | 0.00 | 41,461.24 | 2.10 |
| Office Expense | 150.00 | 0.09 | 4,106.44 | 0.21 |
| Bank & Credit Card Fees | 52.07 | 0.03 | 7,295.34 | 0.37 |
| Postage | 0.00 | 0.00 | 110.19 | 0.01 |
| Legal & Accounting | 2,100.00 | 1.24 | 17,665.34 | 0.90 |
| Uniforms | 121.78 | 0.07 | 3,168.71 | 0.16 |
| Returned Checks | 0.00 | 0.00 | 3,608.59 | 0.18 |
| Depreciation | 2,636.10 | 1.56 | 63,190.41 | 3.20 |
| Interest Expense | (378.66) | (0.22) | 37,320.40 | 1.89 |
| **Total Operating Expenses** | 10,765.85 | 6.35 | 326,806.80 | 16.57 |
| **Operating Income (Loss)** | 18,314.92 | 10.81 | (18,268.43) | (0.93) |
| **Net Income (Loss)** | $ 18,314.92 | 10.81 | $ (18,268.43) | (0.93) |

# CRUZ A LONG ENTERPRISES, LLC
## STATEMENTS OF ASSETS, LIABILITIES EQUITY
## INCOME TAX BASIS
## AS OF JANUARY 31, 2015

### ASSETS

|  | 2015 |
|---|---:|
| **CURRENT ASSETS** | |
| Cash In Bank-Legacy | $ 28,426.88 |
| Accounts Receivable | 8,535.15 |
| Inventory | 68,150.47 |
| **Total Current Assets** | **105,112.50** |
| **PROPERTY AND EQUIPMENT** | |
| Furniture & Fixtures | 33,008.25 |
| Equipment | 129,617.48 |
| Buildings | 1,111,191.19 |
| Total Depreciable Property | 1,273,816.92 |
| Less: Accumulated Depreciation | -435,591.05 |
| Net Depreciable Property | 838,225.87 |
| Net Property and Equipment | 838,225.87 |
| **TOTAL ASSETS** | **$ 943,338.37** |

1

# CRUZ A LONG ENTERPRISES, LLC
## STATEMENTS OF ASSETS, LIABILITIES EQUITY
## INCOME TAX BASIS
## AS OF JANUARY 31, 2015

### LIABILITIES AND MEMBER'S EQUITY

|  | 2015 |
|---|---:|
| **CURRENT LIABILITIES** |  |
| Accounts Payable | $ 65,348.46 |
| N/P- E & M OIL | 248,857.36 |
| Fica-SS Payable | 1,006.06 |
| Fed. W/H Payable | 372 |
| State W/H Payable | 105 |
| Unemployment Tax Payable | 40.56 |
| Fica-Med Payable | 235.28 |
| Current Portion of L-T Debt | 32,274.00 |
| **Total Current Liabilities** | **348,238.72** |
|  |  |
| **LONG-TERM LIABILITIES** |  |
| N/P-FNB | 990,262.45 |
| N/P-EDA | 25,093.08 |
| Less: Current Portion Above | -32,274.00 |
| **Total Long-Term Liabilities** | **983,081.53** |
|  |  |
| **Total Liabilities** | **1,331,320.25** |
|  |  |
| **MEMBER'S EQUITY** |  |
| Member's Equity | -389,312.31 |
| Withdrawals | 0.00 |
| Current Earnings | 1,330.43 |
| **Total Member's Equity** | **-387,981.88** |
|  |  |
| **TOTAL LIABILITIES AND MEMBER'S EQUITY** | $ **943,338.37** |

2

# CRUZ A LONG ENTERPRISES, LLC
## STATEMENTS OF REVENUES AND EXPENSES
## INCOME TAX BASIS
## AS OF JANUARY 31, 2015

|  | 2015 |
|---|---:|
| **Revenues** | |
| Sales-Fuel | $ 75,358.06 |
| Sales-Merchandise | 74,018.08 |
| Sales-Car Wash | 3,994.68 |
| **Total Revenues** | 153,370.82 |
| **Cost of Goods Sold** | |
| Fuel Purchases | 71,530.90 |
| Merchandise Purchases | 61,734.43 |
| **Total Cost of Goods Sold** | 133,265.33 |
| **GROSS PROFIT** | 20,105.49 |
| **Operating Expenses** | |
| Salaries | 9,024.00 |
| Repairs & Maintenance | 733.02 |
| Utilities | 3,682.96 |
| Telephone | 337.88 |
| Advertising | 50.00 |
| Auto & Truck Expense | 160 |
| Insurance | 2,773.37 |
| Legal & Accounting | 124.05 |
| Bank & Credit Card Fees | 350.00 |
| Uniforms | 139.63 |
| Taxes | 0.00 |
| Computer & Internet Expense | 256.34 |
| Supplies | 1,143.81 |
| **Total Operating Expenses** | 18,775.06 |
| **Operating Income (Loss)** | 1,330.43 |
| **Net Income (Loss)** | $ 1,330.43 |

# CRUZ A LONG ENTERPRISES, LLC
## STATEMENTS OF ASSETS, LIABILITIES EQUITY
## INCOME TAX BASIS
## AS OF FEBRUARY 28, 2015

### ASSETS

|  | 2015 |
|---|---:|
| **CURRENT ASSETS** | |
| Cash in Bank-Legacy | $ 34,328.15 |
| Accounts Receivable | 7,883.33 |
| Inventory | 82,263.54 |
| **Total Current Assets** | **124,475.02** |
| **PROPERTY AND EQUIPMENT** | |
| Furniture & Fixtures | 33,008.25 |
| Equipment | 129,617.48 |
| Buildings | 1,111,191.19 |
| Total Depreciable Property | 1,273,816.92 |
| Less: Accumulated Depreciation | -435,591.05 |
| Net Depreciable Property | 838,225.87 |
| **Net Property and Equipment** | **838,225.87** |
| **TOTAL ASSETS** | $ **962,700.89** |

1

# CRUZ A LONG ENTERPRISES, LLC
## STATEMENTS OF ASSETS, LIABILITIES EQUITY
## INCOME TAX BASIS
## AS OF FEBRUARY 28, 2015

### LIABILITIES AND MEMBER'S EQUITY

|  | 2015 |
|---|---:|
| **CURRENT LIABILITIES** | |
| Accounts Payable | $ 65,348.46 |
| N/P- E & M OIL | 248,857.36 |
| Fica-SS Payable | 887.51 |
| Fed. W/H Payable | 283 |
| State W/H Payable | 85 |
| Unemployment Tax Payable | 35.78 |
| Fica-Med Payable | 207.56 |
| Current Portion of L-T Debt | 32,274.00 |
| **Total Current Liabilities** | **347,978.67** |
| | |
| **LONG-TERM LIABILITIES** | |
| N/P-FNB | 990,262.45 |
| N/P-EDA | 25,093.08 |
| Less: Current Portion Above | -32,274.00 |
| US Bankruptcy Court | 16,290.00 |
| **Total Long-Term Liabilities** | **999,371.53** |
| | |
| **Total Liabilities** | **1,347,350.20** |
| | |
| **MEMBER'S EQUITY** | |
| Member's Equity | -389,312.31 |
| Withdrawals | 0.00 |
| Current Earnings | 4,663.00 |
| **Total Member's Equity** | **-384,649.31** |
| | |
| **TOTAL LIABILITIES AND MEMBER'S EQUITY** | $ **962,700.89** |

# CRUZ A LONG ENTERPRISES, LLC
## STATEMENTS OF REVENUES AND EXPENSES
## INCOME TAX BASIS
## AS OF FEBRUARY 28, 2015

|  | 1 Month Ended February 28 2015 | 2 Months Ended February 28 2015 |
|---|---:|---:|
| **Revenues** | | |
| Sales-Fuel | $ 88,458.53 | 163,816.59 |
| Sales-Merchandise | 72,517.48 | 146,535.56 |
| Sales-Car Wash | 3,124.05 | 7,118.73 |
| **Total Revenues** | 164,100.06 | 317,470.88 |
| **Cost of Goods Sold** | | |
| Fuel Purchases | 87,592.21 | 159,123.11 |
| Merchandise Purchases | 50,587.64 | 112,322.07 |
| **Total Cost of Goods Sold** | 138,179.85 | 271,445.18 |
| **GROSS PROFIT** | 25,920.21 | 46,025.70 |
| **Operating Expenses** | | |
| Salaries | 7,783.77 | 16,807.77 |
| Repairs & Maintenance | 8,501.46 | 9,234.48 |
| Utilities | 2,497.86 | 6,180.82 |
| Telephone | 1,191.70 | 1,529.58 |
| Advertising | 0.00 | 50.00 |
| Auto & Truck Expense | 67.80 | 227.80 |
| Insurance | 744.02 | 3,517.39 |
| Legal & Accounting | 0.00 | 124.05 |
| Bank & Credit Card Fees | 45.52 | 395.52 |
| Uniforms | 115.08 | 254.71 |
| Taxes | 310.00 | 310.00 |
| Computer & Internet Expense | 0.00 | 256.34 |
| Supplies | 0 | 0 |
| **Total Operating Expenses** | 21,257.21 | 38,888.46 |
| **Operating Income (Loss)** | 4,663.00 | 7,137.24 |
| **Net Income (Loss)** | $ 4,663.00 | 7,137.24 |

# CRUZ A LONG ENTERPRISES, LLC
## STATEMENTS OF ASSETS, LIABILITIES EQUITY
## INCOME TAX BASIS
## AS OF March 31, 2015

## ASSETS

|  | 2015 |
|---|---:|
| **CURRENT ASSETS** | |
| Cash in Bank-Legacy | $ 28,426.88 |
| Accounts Receivable | 14,901.83 |
| Inventory | 96,404.31 |
| **Total Current Assets** | **139,733.02** |
| **PROPERTY AND EQUIPMENT** | |
| Furniture & Fixtures | 33,008.25 |
| Equipment | 129,617.48 |
| Buildings | 1,111,191.19 |
| Total Depreciable Property | 1,273,816.92 |
| Less: Accumulated Depreciation | -435,591.05 |
| Net Depreciable Property | 838,225.87 |
| **Net Property and Equipment** | **838,225.87** |
| **TOTAL ASSETS** | $ **977,958.89** |

# CRUZ A LONG ENTERPRISES, LLC
## STATEMENTS OF ASSETS, LIABILITIES EQUITY
## INCOME TAX BASIS
## AS OF March 31, 2015

### LIABILITIES AND MEMBER'S EQUITY

|  | 2015 |
|---|---:|
| **CURRENT LIABILITIES** | |
| Accounts Payable | $ 65,348.46 |
| N/P- E & M OIL | 248,857.36 |
| Fica-SS Payable | 1,023.40 |
| Fed. W/H Payable | 384 |
| State W/H Payable | 127 |
| Unemployment Tax Payable | 41.28 |
| Fica-Med Payable | 239.36 |
| Current Portion of L-T Debt | 32,274.00 |
| **Total Current Liabilities** | **348,294.86** |
| | |
| **LONG-TERM LIABILITIES** | |
| N/P-FNB | 990,262.45 |
| N/P-EDA | 25,093.08 |
| Less: Current Portion Above | -32,274.00 |
| US Bankruptcy Court | 16,290.00 |
| **Total Long-Term Liabilities** | **999,371.53** |
| | |
| **Total Liabilities** | **1,347,666.39** |
| | |
| **MEMBER'S EQUITY** | |
| Member's Equity | -389,312.31 |
| Withdrawals | 643.75 |
| Current Earnings | 18,961.06 |
| **Total Member's Equity** | **-369,707.50** |
| | |
| **TOTAL LIABILITIES AND MEMBER'S EQUITY** | $ **977,958.89** |

2

# CRUZ A LONG ENTERPRISES, LLC
## STATEMENTS OF REVENUES AND EXPENSES
## INCOME TAX BASIS
## AS OF MARCH 31, 2015

|  | 1 Month Ended March 31 2015 | 3 Months Ended March 31 2015 |
|---|---:|---:|
| **Revenues** | | |
| Sales-Fuel | $ 96,748.89 | 260,565.48 |
| Sales-Merchandise | 82,465.36 | 229,000.92 |
| Sales-Car Wash | 3,689.50 | 10,808.23 |
| **Total Revenues** | 182,903.75 | 500,374.63 |
| **Cost of Goods Sold** | | |
| Fuel Purchases | 70,932.97 | 230,056.08 |
| Merchandise Purchases | 70,822.41 | 183,144.48 |
| **Total Cost of Goods Sold** | 141,755.38 | 413,200.56 |
| **GROSS PROFIT** | 41,148.37 | 87,174.07 |
| **Operating Expenses** | | |
| Salaries | 9,006.13 | 25,813.90 |
| Repairs & Maintenance | 4,422.34 | 13,656.82 |
| Utilities | 3,085.23 | 9,266.05 |
| Telephone | 1,039.05 | 2,568.63 |
| Advertising | 68.67 | 118.67 |
| Auto & Truck Expense | 1.50 | 229.30 |
| Insurance | 1,668.64 | 5,186.03 |
| Legal & Accounting | 1,137.50 | 1,261.55 |
| Bank & Credit Card Fees | 10.50 | 406.02 |
| Uniforms | 476.40 | 731.11 |
| Taxes | 0.00 | 310.00 |
| Computer & Internet Expense | 1,026.31 | 1,282.65 |
| Supplies | 245.04 | 245.04 |
| **Total Operating Expenses** | 22,187.31 | 61,075.77 |
| **Operating Income (Loss)** | 18,961.06 | 26,098.30 |
| **Net Income (Loss)** | $ 18,961.06 | 26,098.30 |

# CRUZ A LONG ENTERPRISES, LLC
## STATEMENTS OF ASSETS, LIABILITIES EQUITY
## INCOME TAX BASIS
## AS OF APRIL 31, 2015

### ASSETS

|  | 2015 |
|---|---:|
| **CURRENT ASSETS** | |
| Cash in Bank-Legacy | $ 24,596.47 |
| Accounts Receivable | 15,851.27 |
| Inventory | 90,256.58 |
| **Total Current Assets** | **130,704.32** |
| **PROPERTY AND EQUIPMENT** | |
| Furniture & Fixtures | 33,008.25 |
| Equipment | 129,617.48 |
| Buildings | 1,111,191.19 |
| Total Depreciable Property | 1,273,816.92 |
| Less: Accumulated Depreciation | -435,591.05 |
| Net Depreciable Property | 838,225.87 |
| **Net Property and Equipment** | **838,225.87** |
| **TOTAL ASSETS** | $ **968,930.19** |

# CRUZ A LONG ENTERPRISES, LLC
## STATEMENTS OF ASSETS, LIABILITIES EQUITY
## INCOME TAX BASIS
## AS OF APRIL 31, 2015

### LIABILITIES AND MEMBER'S EQUITY

|  | 2015 |
|---|---:|
| **CURRENT LIABILITIES** |  |
| Accounts Payable | $ 65,348.46 |
| N/P- E & M OIL | 248,857.36 |
| Fica-SS Payable | 1,006.06 |
| Fed. W/H Payable | 372 |
| State W/H Payable | 105 |
| Unemployment Tax Payable | 40.56 |
| Fica-Med Payable | 235.28 |
| Current Portion of L-T Debt | 32,274.00 |
| **Total Current Liabilities** | **348,238.72** |
|  |  |
| **LONG-TERM LIABILITIES** |  |
| N/P-FNB | 990,262.45 |
| N/P-EDA | 25,093.08 |
| Less: Current Portion Above | -32,274.00 |
| US Bankruptcy Court | 16,290.00 |
| **Total Long-Term Liabilities** | **999,371.53** |
|  |  |
| **Total Liabilities** | **1,347,610.25** |
|  |  |
| **MEMBER'S EQUITY** |  |
| Member's Equity | -389,312.31 |
| Withdrawals | 1,768.94 |
| Current Earnings | 8,863.31 |
| **Total Member's Equity** | **-378,680.06** |
|  |  |
| **TOTAL LIABILITIES AND MEMBER'S EQUITY** | $ **968,930.19** |

2

# CRUZ A LONG ENTERPRISES, LLC
# STATEMENTS OF ASSETS, LIABILITIES EQUITY
# INCOME TAX BASIS
# AS OF MAY 31, 2015

## ASSETS

|  | 2015 |
|---|---:|
| **CURRENT ASSETS** | |
| Cash in Bank-Legacy | $ 36,158.77 |
| Accounts Receivable | 4,443.23 |
| Inventory | 71,996.83 |
| **Total Current Assets** | **112,598.83** |
| **PROPERTY AND EQUIPMENT** | |
| Furniture & Fixtures | 33,008.25 |
| Equipment | 129,617.48 |
| Buildings | 1,111,191.19 |
| Total Depreciable Property | 1,273,816.92 |
| Less: Accumulated Depreciation | -435,591.05 |
| Net Depreciable Property | 838,225.87 |
| **Net Property and Equipment** | **838,225.87** |
| **TOTAL ASSETS** | $ **950,824.70** |

# CRUZ A LONG ENTERPRISES, LLC
## STATEMENTS OF ASSETS, LIABILITIES EQUITY
## INCOME TAX BASIS
## AS OF MAY 31, 2015

### LIABILITIES AND MEMBER'S EQUITY

|  | 2015 |
|---|---:|
| **CURRENT LIABILITIES** | |
| Accounts Payable | $ 65,348.46 |
| N/P- E & M OIL | 248,857.36 |
| Fica-SS Payable | 1,755.78 |
| Fed. W/H Payable | 827 |
| State W/H Payable | 205 |
| Unemployment Tax Payable | 70.8 |
| Fica-Med Payable | 410.32 |
| Current Portion of L-T Debt | 32,274.00 |
| **Total Current Liabilities** | **349,748.72** |
| | |
| **LONG-TERM LIABILITIES** | |
| N/P-FNB | 990,262.45 |
| N/P-EDA | 25,093.08 |
| Less: Current Portion Above | -32,274.00 |
| **Total Long-Term Liabilities** | **983,081.53** |
| | |
| **Total Liabilities** | **1,332,830.25** |
| | |
| **MEMBER'S EQUITY** | |
| Member's Equity | -389,312.31 |
| Withdrawals | 2,333.64 |
| Current Earnings | 4,973.12 |
| **Total Member's Equity** | **-382,005.55** |
| | |
| **TOTAL LIABILITIES AND MEMBER'S EQUITY** | $ **950,824.70** |

2

# CRUZ A LONG ENTERPRISES, LLC
## STATEMENTS OF REVENUES AND EXPENSES
## INCOME TAX BASIS
## AS OF MAY 31, 2015

|  | 1 Month Ended May 31 2015 | 5 Months Ended May 31 2015 |
|---|---:|---:|
| **Revenues** | | |
| Sales-Fuel | $ 73,045.32 | 438,176.20 |
| Sales-Merchandise | 89,192.87 | 411,049.08 |
| Sales-Car Wash | 4,363.31 | 19,815.04 |
| **Total Revenues** | 166,601.50 | 869,040.32 |
| **Cost of Goods Sold** | | |
| Fuel Purchases | 75,546.91 | 393,057.57 |
| Merchandise Purchases | 60,852.60 | 330,250.24 |
| **Total Cost of Goods Sold** | 136,399.51 | 723,307.81 |
| **GROSS PROFIT** | 30,201.99 | 145,732.51 |
| **Operating Expenses** | | |
| Salaries | 15,378.48 | 50,350.07 |
| Repairs & Maintenance | 1,954.05 | 18,481.75 |
| Utilities | 4,023.81 | 16,432.24 |
| Telephone | 868.62 | 3,681.22 |
| Advertising | 0.00 | 637.4 |
| Auto & Truck Expense | 564.56 | 2,095.13 |
| Insurance | 612.50 | 7,430.14 |
| Legal & Accounting | 0.00 | 1,291.48 |
| Bank & Credit Card Fees | 40.24 | 496.28 |
| Uniforms | 259.12 | 1,215.86 |
| Taxes | 0.00 | 310 |
| Computer & Internet Expense | 1,527.49 | 2,830.13 |
| Supplies | 0 | 546.15 |
| **Total Operating Expenses** | 25,228.87 | 105,797.85 |
| **Operating Income (Loss)** | 4,973.12 | 39,934.66 |
| **Net Income (Loss)** | $ 4,973.12 | 39,934.66 |